# Court of Appeals
# of the State of Georgia

ATLANTA, April 27, 2021

*The Court of Appeals hereby passes the following order*

**A21I0174. MASON KENNINGTON et al. v. ABDUL M. MUHAMMAD.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

19A471805



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 27, 2021.*

    *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*